George Bacon v. The State.

No. 2895. Decided December 23, 1913.

Adultery—Recognizance—Penalty.

Where, upon appeal from a conviction of adultery, the recognizance did not state the penalty assessed against appellant, the appeal must be dismissed..

Appeal from the County Court of Wichita. Tried below before the Hon. C. B. Felder.

Appeal from a conviction of adultery; penalty, a fine of $75.

The recognizance filed in this case did not state the penalty assessed against appellant.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

PRENDERGAST, PRESIDING JUDGE.—Appellant was convicted of adultery and attempted to appeal. The recognizance is fatally defective. The case is, therefore, dismissed.

*Dismissed.*

DAVIDSON, JUDGE, absent.